**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

MATTHEW REISER,                  )
individually and on behalf of all  )
others similarly situated,          )
                                   )
                 Plaintiff,         )        Case No. 2:26-cv-02410-SHL-atc
                                   )
v.                                 )
                                   )
FEDERAL EXPRESS                    )
CORPORATION and                    )
FEDEX LOGISTICS, INC.,             )
                                   )
                 Defendants.

**UNOPPOSED MOTION TO EXTEND TIME THROUGH JUNE 1 FOR
DEFENDANT TO RESPOND TO COMPLAINT**

Defendants Federal Express Corporation and FedEx Logistics, Inc. (collectively, "FedEx"), by and through counsel, move the Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for an order extending FedEx's deadline to respond to Plaintiff's Complaint until June 1, 2026.  In support of its motion, FedEx states as follows:

Plaintiff originoriginally filed this putative class action in the U.S. District Court for the Southern District of Florida on February 27, 2026.  FedEx was served on or about March 3, 2026, making its response deadline March 24.  After consultation, the parties, through counsel, agreed to extend FedEx's response deadline, and FedEx filed a motion to extend same with the Florida district court on March 18, 2026.  On the same date, the Court granted the motion, extending FedEx's response deadline until April 23, 2026.

Subsequently, on April 10, 2026, the Florida district court granted FedEx's motion to transfer venue under §1404(a), transferring this action to the Western District of Tennessee. There are 11 related putative class actions that were filed across multiple federal districts and are now pending in the Western District of Tennessee.[1] The parties reasonably anticipate filing a motion to consolidate these actions pursuant to Fed. R. Civ. P. 42 to conserve judicial and party resources, alleviate the risk of inconsistent rulings, and otherwise realize the efficiencies of a single, centralized action.

Fed. R. Civ. P. 6(b)(1)(A) provides that the court may, for good cause and by motion, extend the time when an act may or must be done "before the original time or its extension expires." Here, FedEx files the instant motion before the April 23 response deadline in this action. Moreover, FedEx submits there is good cause to grant the relief sought because neither party would be prejudiced by said extension and no substantive proceedings would be delayed by granting the extension as this litigation is in its early stages. Further, FedEx has acted in good faith at all times. As noted, FedEx is working collaboratively with Plaintiff and having an extension of

---

[1] (1) *Avalos v. FedEx Corp, Western District of Tennessee*, Case No. 2:26-cv-02289-SHL-atc; (2) *Falode v. FedEx Corp.*, Western District of Tennessee, Case No. 2:26-cv-02291-SHL-atc; (3) *Anastopoulo v. FedEx Corp.*, Western District of Tennessee, Case No. 2:26-cv-02334-SHL-cgc; (4) *Crespo Rosado v. FedEx Corp.*, Western District of Tennessee, Case No. 2:26-cv-02387-BCL-atc; (5) *Cycle Limited et al. v. Federal Express Corp. et al.*, Western District of Tennessee, Case No. 2:26-cv-02345-BCL-atc; (6) *Anastopoulou v. Federal Express Corp.*, Western District of Tennessee, Case No. 2:26-cv-02388-TLP-tmp; (7) *Tran v. FedEx Corp.*, Western District of Tennessee, Case No. 2:26-cv-02290-SHL-atc; (8) *Weinberg v. FedEx Corp.*, Western District of Tennessee, Case No. 2:26-cv-02395-SHL-tmp; (9) *Reiser v. Federal Express Corp. et al.,* Western District of Tennessee, Case No. 2:26-cv-02410-SHL-atc; (10) *Deburro v. Federal Express Corp. et al.,* Western District of Tennessee, Case No. 2:26-cv-02240-SHL-tmp; (11) *G-Force Powersports, Inc. v. Federal Express Corp. et al.*, Western District of Tennessee, Case No. 2:26-cv-02383-SHL-cgc.

2

time to respond would facilitate further discussions regarding potential consolidation.

## CONCLUSION

To allow the parties to continue their conversations regarding consolidation, FedEx respectfully requests an extension of its current response deadline until June 1, 2026, or such other date as the Court deems appropriate.

Respectfully submitted,

 /s/ Brandon D. Pettes
Brandon D. Pettes (TN BPR# 031264)
FEDERAL EXPRESS CORPORATION
3620 Hack Cross Rd., Bldg. B
Memphis, TN 38125
Telephone:   (901) 434-8537
brandon.pettes@fedex.com

*Attorney for Defendants*

## CERTIFICATE OF CONSULTATION

Pursuant to the Local Rules of the U.S. District Court for the Western District of Tennessee, the undersigned certifies that on April 20, 2026, FedEx conferred with Plaintiff's counsel, John Yanchunis, regarding the relief sought in this motion via e-mail.  Plaintiff does not oppose the relief sought.

/s/ Brandon D. Pettes

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2026, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record.

       */s/ Brandon D. Pettes*
Brandon D. Pettes