**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW REISER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:26-cv-02410-SHL-atc |
| FEDERAL EXPRESS CORPORATION and FEDEX LOGISTICS, INC., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME THROUGH JUNE 1
FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Before the Court is Defendants Federal Express Corporation and FedEx Logistics, Inc.'s (collectively, "FedEx") Unopposed Motion to Extend Time Through June 1 for Defendants to Respond to Complaint, filed April 21, 2026.  (ECF No. 23.)  According to FedEx, Plaintiff Matthew Reiser originally filed this putative class action in the U.S. District Court for the Southern District of Florida.  (Id. at PageID 10.)  That court extended FedEx's deadline to respond to the complaint to April 23 before transferring venue to this Court.  (Id. at PageID 10–11.)  Eleven related cases are now in this District, all arising from FedEx's alleged collection of tariffs.  (Id. at PageID 10.)  The Parties "reasonably anticipate filing a motion to consolidate these actions."  (Id. at PageID 11.)  In the meantime, they seek a deadline extension to June 1 to "allow the parties to continue their conversations regarding consolidation."  (Id. at PageID 12.)  Reiser does not oppose the extension.  (Id.)

For good cause shown, the Motion to Extend Time is **GRANTED**.  However, FedEx is cautioned that no further extensions will be granted.

**IT IS SO ORDERED,** this 21st day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE